PHILLIP A. TALBERT
United States Attorney
RACHEL R. DAVIDSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY MARIN,<br><br>              Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>              Defendant. | CASE NO. 2:21-CV-02015-DJC-DB<br><br>**ORDER TO SCHEDULE SETTLEMENT CONFERENCE** |

**O R D E R**

Pursuant to the parties' stipulation,

**IT IS HEREBY BY ORDERED** that the parties' stipulation for a settlement conference before the Honorable Kendall J. Newman is **APPROVED**.  A settlement conference is set before the Honorable Kendall J. Newman, Chief Magistrate Judge, on January 19, 2024, at 9:00 a.m.

IT IS SO ORDERED.

DATED:  October 25, 2023                                   /s/ Daniel J. Calabretta
                                                                              THE HONORABLE DANIEL J. CALABRETTA
                                                                              UNITED STATES DISTRICT JUDGE